UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HUSKEY, | 1:11-cv-00764-JLT (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| PAM AHLIN, et al., | (DOC. 2) |
| Defendants. | |

Plaintiff Kenneth Huskey, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 18, 2011. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

Dated:   **October 14, 2011**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

-1-